

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00850-CR

**EX PARTE** Juan Gabriel **CISNEROS**,

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 88-02-02179-CR
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for Reconsideration En Banc and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court